UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERMINE NERSISIAN** | * | **CIVIL ACTION** |
| | * | **NO. 2:24-cv-2519** |
| V. | | |
| | * | **JUDGE SUSIE MORGAN** |
| **MELLISSA B. HARPER, ET AL.** | * | **MAGISTRATE EVA J. DOSSIER** |
| | * * * | |

## FNOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Ermine Nersisian, by and through undersigned counsel, who hereby sets forth this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1); and Plaintiff states the following in support of this Notice:

1. Plaintiff has received the relief requested in the instant lawsuit.

2. Through this Notice of Voluntary Dismissal, Plaintiff voluntarily withdraws her Complaint and dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1).

WHEREFORE, Plaintiff respectfully withdraws the Complaint and dismisses this action and bears her own attorney's fees and costs.

Dated this 20th day of November, 2024.

                                                                                   Respectfully submitted,

                                                                                   */s/ Sarah T. Gillman*
                                                                                    Sarah T. Gillman
                                                                                    **ROBERT F. KENNEDY HUMAN**
                                                                                     **RIGHTS**
                                                                                     88 Pine Street, 8th Floor, Suite 801
                                                                                     New York, New York 10005
                                                                                     Tel.: (646) 289-5593
                                                                                     gillman@rfkhumanrights.org

                                                                                     Sarah E. Decker
                                                                                     **ROBERT F. KENNEDY HUMAN**

**RIGHTS**
1300 19th Street NW, Suite 750
Washington, DC 20036
Tel.: (646) 289-5593
decker@rfkhumanrights.org

Nora Ahmed
**ACLU FOUNDATION OF LOUISIANA**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
nahmed@laaclu.org

Charles Andrew Perry
Louisiana Bar No. 40906
**ACLU FOUNDATION OF LOUISIANA**
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
aperry@laaclu.org

SO ORDERED this
____ day of _____, 2024
HONORABLE SUSIE MORGAN
United States District Judge